UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 21 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**BRIDGET WILSON,**<br><br>Defendant. | CRIMINAL NO. 15-213 JB<br><br>Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury;<br><br>Count 2: 18 U.S.C. §§ 13, 1153 and N.M.S.A 1978, 30-6-1(D): Abandonment or Abuse of a Child. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about April 4, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BRIDGET WILSON**, an Indian, knowingly and unlawfully assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

## Count 2

On or about April 4, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BRIDGET WILSON**, an Indian, did knowingly, intentionally, and negligently, and without justifiable cause, cause or permit Jane Doe, a child under the age of 18, to be placed in a situation that may have endangered her life or health.

In violation of 18 U.S.C. §§ 13, 1153 and N.M.S.A 1978, § 30-6-1(D).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

1/21/2015 2:53 PM